# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLEM WOUDA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 8:20-cv-00996 JVS (DFMx)<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: November 30, 2020

_____
Honorable Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE

---

1

CASE NO. 8:20-cv-00996 JVS(DFMx)   ORDER GRANTING STIPULATION AND PROTECTIVE ORDER