# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLEM WOUDA, an individual, | CASE NO. 8:20-cv-00996JVS(DFMx) |
| Plaintiff, | |
| vs. | **ORDER** |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: August 05, 2021

*/s/ James V. Selna*

United States District Judge James V Selna

# CERTIFICATE OF SERVICE

I hereby certify on August 5, 2021, I electronically filed the foregoing: ORDER with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

I further certify that participants in the case not registered to as CM/ECF users have been mailed a true and correct copy of the above described documents by First Class Mail, postage pre-paid, to the following non-CM/ECF participants:

Brian C. Andrews, Esq.
Andrews Law Group
6104 Innovation Way
Carlsbad, California 92009

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

FEDERAL: I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on August 5, 2021, at Irvine, California.

/s/ Tracy L. Breuer
TRACY L. BREUER